AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### District of Maine

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>**Google Account assigned to AGASHA CARVALHO**<br>**with email address of agashacarvalho@gmail.com, as**<br>**further Described in Attachment A** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  1:25-mj-00316-JCN |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____October 7, 2025_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____John C. Nivison_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **1:35 pm, Sep 23 2025** _____          _____ *Judge's signature*  ——

City and state:   _____Bangor , ME_____          John C Nivison  U.S. Magistrate Judge  ——
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:25-mj-00316-JCN | Date and time warrant executed: <br> 9/23/2025   1400 hours | Copy of warrant and inventory left with: <br> Google LLC law enforcement online Portal |
| Inventory made in the presence of : <br> FBI SA Jen Misek | | |

Inventory of the property taken and name(s) of any person(s) seized:

— 475 files , equal to 1.80 TB of data.

Nothing further JR

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/09/2025

_Jose Rodriguez_
Executing officer's signature

Jose Rodriguez-Aguilar / FBI Special Agent
Printed name and title

Print      Save As...      Reset